Curtis PENNINGTON, Plaintiff—
Appellant,

v.

L. TAYLOR, Correctional Officer, POD
Officer, Defendant—Appellee,

and

Mecklenburg Correctional Center;
Virginia Department of Cor-
rections, Defendants.

No. 04–6443.

United States Court of Appeals,
Fourth Circuit.

Submitted May 27, 2004.

Decided June 4, 2004.

Curtis Pennington, Appellant pro se.
Mark Ralph Davis, Office of the Attorney
General of Virginia, Richmond, Virginia,
for Appellee.

Before WIDENER, MICHAEL, and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Curtis Pennington appeals the district
court's order denying relief on his 42
U.S.C. § 1983 (2000) complaint. We have
reviewed the record and find no reversible
error. Accordingly, we affirm on the rea-

soning of the district court. See Penning-
ton v. Taylor, No. CA–02–604–2 (E.D.Va.
Mar. 1, 2004). We dispense with oral ar-
gument because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

AFFIRMED